Records Obtained by Authorization

From Texas Department of Health - Bureau of Vital Statistics

1100 West 49th Street

Austin, TX 78756-3191

Pertaining to Raymond Luther Allen

For Anthony G. Buzbee

Nell McCallum & Associates, Inc.

19368.003

NMA ORIGINAL

## AFFIDAVIT

Records Pertaining To: **Raymond Luther Allen**

Type of Records: **The complete file, including but not limited to the preliminary death certificate, final death certificate, accompanying transmittal documents, etc. in the possession of or subject to the control of the witness pertaining to Raymond Luther Allen, DOB: 08/30/1977, DOD: 2/29/2012.**

Before me, the undersigned authority, personally appeared _Geraldine R. Harris_, who, being by me duly sworn, deposed as follows:
(Custodian of Records)

My name is _Geraldine R. Harris_, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records for: **Texas Department of Health - Bureau of Vital Statistics**

Attached hereto are _1_ pages of records pertaining to **Raymond Luther Allen** from this facility. These said records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _1st_ day of _June_, 20_12_.

_Christi C. Cunningham_
NOTARY PUBLIC

My Commission Expires: _2/12/2013_

CHRISTI C. CUNNINGHAM
Commission Expires:
02-12-2013

Order No. **19368.003**

I, Katherine R. Keath, a Notary Public in and for the State of Texas, do hereby certify that the foregoing Testimony of the Witness, Geraldine R. Harris, after said witness was duly sworn by Christi C. Cunningham was delivered to Nell McCallum & Associates, Inc.

I further certify that said Original Answers are being delivered to Anthony G. Buzbee, the requesting attorney, for safekeeping and use at trial.

Given under my hand and seal of office on June 5, 2012 .

_____
Notary Public



KATHERINE R. KEATH
Notary Public, State of Texas
My Commission Expires
May 07, 2016

Nell McCallum & Associates, Inc.
Beaumont/Houston, Texas

19368.003

Nell McCallum & Associates, Inc.

has verified that these records are complete

and the best possible quality

# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
MAR 12 2012

**STATE OF TEXAS — CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 142-12-028487

1. **LEGAL NAME OF DECEASED** (include AKA's, if any) (First, Middle, Last) (Maiden): RAYMOND LUTHER ALLEN III
2. **DATE OF DEATH** -ACTUAL OR PRESUMED (mm-dd-yyyy): FEBRUARY 29, 2012
3. **SEX:** MALE
4. **DATE OF BIRTH** (mm-dd-yyyy): AUGUST 30, 1977
5. **AGE** -Last Birthday (Years): 34
6. **BIRTHPLACE** (City & State or Foreign Country): GALVESTON, TX
7. **SOCIAL SECURITY NUMBER:** 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
8. **MARITAL STATUS AT TIME OF DEATH:** ☒ Married
9. **SURVIVING SPOUSE'S NAME** (If wife, give name prior to first marriage): SABRINA JAMES
10a. **RESIDENCE STREET ADDRESS:** 7812 SYCAMORE LANE
10c. **CITY OR TOWN:** GALVESTON
10d. **COUNTY:** GALVESTON
10e. **STATE:** TEXAS
10f. **ZIP CODE:** 77551
10g. **INSIDE CITY LIMITS?** ☒ Yes
11. **FATHER'S NAME:** RAYMOND LUTHER ALLER JR
12. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** RITA SIMPSOM
13. **PLACE OF DEATH:** ☒ Inpatient
14. **COUNTY OF DEATH:** GALVESTON
15. **CITY/TOWN, ZIP:** GALVESTON, 77555
16. **FACILITY NAME:** UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON
17. **INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** SABRINA ALLEN - WIFE
18. **MAILING ADDRESS OF INFORMANT:** 7218 SYCAMORE LANE, GALVESTON, TX 77551
19. **METHOD OF DISPOSITION:** ☒ Burial
20. **SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR:** EDDIE R. JOHNSON, BY ELECTRONIC SIGNATURE - 9250
21. ☒ Unknown
22. **PLACE OF DISPOSITION:** LAKEVIEW CEMETERY
23. **LOCATION:** GALVESTON, TX
24. **NAME OF FUNERAL FACILITY:** FIELDS-JOHNSON FAMILY MORTUARY
25. **COMPLETE ADDRESS OF FUNERAL FACILITY:** 3828 AVENUE O, GALVESTON, TX 77550
26. **CERTIFIER:** ☒ Medical Examiner/Justice of the Peace
27. **SIGNATURE OF CERTIFIER:** NOBBY C. MAMBO, M.D., BY ELECTRONIC SIGNATURE
28. **DATE CERTIFIED:** MARCH 9, 2012
29. **LICENSE NUMBER:** K8320
30. **TIME OF DEATH:** 03:33 PM
31. **PRINTED NAME, ADDRESS OF CERTIFIER:** NOBBY C. MAMBO, M.D. 6607 HIGHWAY 1764, TEXAS CITY, TX 77591
32. **TITLE OF CERTIFIER:** DEPUTY CHIEF M.

33. **PART 1. CHAIN OF EVENTS:**
   a. **IMMEDIATE CAUSE:** PENDING

34. **WAS AN AUTOPSY PERFORMED?** ☒ Yes
35. **WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** ☒ No
36. **MANNER OF DEATH:** ☒ Pending Investigation
37. **DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ Unknown

42a. **REGISTRAR FILE NO.:** 02-0318
42b. **DATE RECEIVED BY LOCAL REGISTRAR:** MARCH 12, 2012
42c. **REGISTRAR:** REGISTRAR - GALVESTON COUNTY HEALTH DISTRICT, ELECTRONICALLY FILED

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

**ISSUED:** MAY 31 2012

**GERALDINE R. HARRIS**
**STATE REGISTRAR**

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

VS-112 REV 1/2006

CCU

1

**THE BUZBEE LAW FIRM**
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
713-223-5393
713-223-5909 (Fax)

## Authorization For Use or Disclose Protected Health Information

As required by the Health Information Portability and Accountability Act of 2003 (HIPAA) and Texas Law; this practice may not use or disclose your individually identifiable health information except as provided in our Notice of Privacy Practices without your authorization. Your completion of this form means that you are giving permission for the uses and disclosure described below. Please review and complete this form carefully. It may be invalid if not fully completed. You may wish to ask the person or entity you want to receive your information to complete the sections detailing the information to be released the purposes for the disclosure.

I hereby authorize _Texas Department of Health - Bureau of Vital Statistics_ to use and disclose health information concerning: (Patient Name) _RAYMOND LUTHER ALLEN_

Address: _____

[✓] Any and all health information, including, but not limited to, itemized billing, mental health records, drug and/or alcohol abuse records and/or HIV test results, if any, except as specifically provided below: _Complete file including but not limited to the preliminary death certificate, final death certificate, accompanying transmittal documents for: 2/29/2012_
[✓] All psychotherapy notes may be released except as specifically provided below: _DoD 2/29/2012_
_DoB 8/30/77_

This health information may be disclosed to: THE BUZBEE LAW FIRM _b/t NELL McCALLUM & ASSOC._

This information may be used only for the following purposes: LEGAL LITIGATION

I understand that I may revoke this authorization at any time notifying this medical practice in writing. My revocation will not affect actions taken by this medical practice prior to its receipt.

I understand that if neither federal nor Texas privacy law apply to the recipient of this information, the information disclosed pursuant to this authorization may be re-disclosed by the recipient and no longer protected by federal law.

I understand that my health care treatment or benefits will not be affected whether I sign or do not sign this form and I have the right to receive a copy of this authorization.

This authorization is effective now and will remain effective until _END OF LITIGATION_
(Expiration Event or Date)

Signed: X _Sabrina Allen_   Dated: _3-23-12_
Print Name: _Sabrina_
DOB: _9-2-78_   SSN: _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_

If not signed by the patient, Relationship: ☐ Parent or Guardian   ☐ Guardian/Conservator of incompetent patient
[✓] Beneficiary or Personal Representative of deceased patient

Name of patient: _Raymond Luther Allen_ DoB _8/30/77_ SSN: _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_

NOTE: A Photocopy of This HIPAA Shall Have The Same Effect As An Original