IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SABRINA ALLEN, individually and as representative of the Estate of RAYMOND LUTHER ALLEN, and as Next Friend to AA, RA, RA and JT, | § § § § § § | |
| VS. | § § | NO. 12-CV-00064 |
| CITY OF GALVESTON, COUNTY OF GALVESTON, and TASER INTERNATIONAL, INC. | § § § § | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CITY OF GALVESTON AND DEFENDANT COUNTY OF GALVESTON WITHOUT PREJUDICE

TO THIS HONORABLE COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SABRINA ALLEN, individually and as representative of the estate of RAYMOND LUTHER ALLEN, JR., deceased ("Mr. Allen"), and as next friend to AA, RA, RA, and JT (collectively, "Plaintiffs"), hereby voluntarily dismiss Defendant, CITY OF GALVESTON, and Defendant COUNTY OF GALVESTON from this action without prejudice. All remaining parties have consented to the Plaintiffs voluntarily dismissing this matter without prejudice.

Respectfully submitted,

THE PINKERTON LAW FIRM, PLLC

_/s/ C. Chad Pinkerton_
**C. Chad Pinkerton**
Texas State Bar No. 24047199
Federal ID No. 1068659
5020 Montrose Blvd, Suite 550
Houston, Texas 77006
713-360-6722 (office)
713-360-6810 (facsimile)

CERTIFICATE OF SERVICE

I certify that opposing counsel is a known user of the Court's electronic filing system and that service of this document will be made through that system.

/s/ C. Chad Pinkerton